1  Mirch Law Office
   Marie C. Mirch SBN 6747
2  (619) 501-6220 *tel*
   (619) 501-6980 *fax*
3  3507 West Charleston Blvd
   Las Vegas, Nevada 89102
4  (775) 324-7444
   *Attorney for the Plaintiff, Counterdefendant,*
5  *and Third-Party Defendant.*

```
FILED ____          ____ RECEIVED
____ ENTERED        ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 20 2011

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. FORSYTHE, | Case No. 3:10-CV-00804-RJC-VPC |
| Plaintiff. | |
| v. | |
| JOSEPH BROWN; COGNATE 3 LLC; et. Al. | **JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

Plaintiffs James W. Forsythe, M.D., Century Wellness Clinic, James W. Forsythe, M.D., H.M.D., by and through their counsel of record MARIE C. MIRCH and Defendants Joe Brown, Cognate 3, LLC, Perfect Balance; Metabolic Research, and Cancer Hope Center. by and through their counsel ERON CANNON, hereby agree and stipulate to move the case management conference currently set for Monday January 31, 2011 at 3:00 P.M. to **Friday January 28, 2011 at 9:30 a.m.**

///
///
///
///
///
///
///

1

1   Counsel for Plaintiff represents that she conferred with Deputy Clerk Lisa Mann and
2   confirmed that the foregoing date and time is available for the Court.
3   Respectfully submitted this 19th day of January, 2011.

                MIRCH LAW FIRM

                BY /s/ Marie Mirch

                Counsel for Plaintiffs

                McCORMICK, BARSTOW, SHEPARD
                WAYTE & CARRUTH LLP

                BY /s/ Eron Z. Cannon
                    Counsel for Defendants

SO ORDERED THIS 20th DAY OF JANUARY, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

2