McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Eron Z. Cannon
Nevada Bar No. 8013
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:      (702) 949-1101
eron.cannon@mccormickbarstow.com

D. Greg Durbin, *admitted pro hac vice* (Cal. #81749)
McCormick, Barstow, Sheppard,
Wayte & Carruth
P. O. Box 28912
5 River Park Place East
Fresno, CA 93729-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300
greg.durbin@mccormickbarstow.com

Attorneys for Defendants JOSEPH BROWN,
COGNATE 3, LLC, SUZANNAH ROBERTS,
and PERFECT BALANCE, INCORPORATED,
and Counterclaimant/Third-Party Plaintiff
COGNATE 3, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - RENO

| | |
|---|---|
| JAMES W. FORSYTHE, | Case No. 3:10-CV-00716-RCJ-VPC |
| Plaintiff, | (Consolidated for all purposes with Case No. 3:10-cv-00804-RCJ-VPC) |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO CONFIDENTIAL SETTLEMENT AGREEMENT** |
| JOSEPH BROWN, et al., | |
| Defendants . | |
| AND RELATED COUNTER-CLAIMS | |

WHEREAS Plaintiffs and Counter-defendants JAMES W. FORSYTHE, and CENTURY

WELLNESS CLINIC, JAMES W. FORSYTHE, M.D., H.M.D. a Nevada Professional Corporation

(the "Forsythe Parties"), and Defendants JOSEPH BROWN, SUZANNAH ROBERTS, and

1   PERFECT BALANCE, INCORPORATED and Defendant and Counterclaimant, COGNATE 3, LLC

2   (the "Cognate Parties") participated in a Court supervised settlement conference on March 23, 2012,

3   and subsequently executed a Confidential Settlement Agreement thereon that was  filed under seal

4   herein on August 21, 2012 (the "Confidential Settlement Agreement");

5          WHEREAS, pursuant to the Confidential Settlement Agreement, the Parties agreed to stipulate

6   to a dismissal of the action with the court retaining jurisdiction for the purpose of enforcing the

7   Confidential Settlement Agreement for a period of five (5) years; and

8          WHEREAS, the Court granted the Motion for Leave to File Dismissal of Action with Court

9   Retaining Jurisdiction (Docket No. 177):

10         NOW, THEREFORE, the Forsythe Parties by and through their counsel, Marie Mirch, Mirch

11  Law Office, and the Cognate Parties by and through their counsel, D. Greg Durbin and Eron Z.

12  Cannon, of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, hereby stipulate

13  and agree to the dismissal with prejudice of all complaints, counterclaims and third party complaints

14  herein, with the Court expressly retaining jurisdiction for a period of five (5) years after entry of the

15  dismissal for the purpose of enforcing the Confidential Settlement Agreement, the terms of which are

16  incorporated herein by reference.  The parties hereby jointly request that the Court enter the Order

17  submitted with Stipulation of Dismissal With Prejudice, a copy of which is attached hereto.

18  DATED this 8 day of July, August 2012
                                         mm

19                                  MIRCH LAW OFFICE

20

21                        By    _Marie Mirch_____

22                                Marie Mirch
                                  Mirch Law Office
23                                701 "B" Street, Suite 1310
                                  San Diego, California 92101
24

25                                Attorneys for Plaintiffs and Cross-Defendants,
                                  JAMES W. FORSYTHE and CENTURY
26                                WELLNESS CLINIC; and JAMES W.
                                  FORSYTHE, M.D., H.M.D. a Nevada
27                                Professional Corporation

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

                                          2                           3:10-CV-00716-RCJ-VPC
                      STIPULATION OF DISMISSAL WITH PREJUDICE

DATED this 20 day of ~~July~~, Aug, 2012

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _D. Greg Durbin_

D. Greg Durbin
Eron Z. Cannon
5 River Park Place East
Fresno, California 93720-1501

Attorneys for Defendants JOSEPH BROWN,
COGNATE 3, LLC, SUZANNAH ROBERTS,
and PERFECT BALANCE, INCORPORATED,
and Counterclaimant/Third-Party Plaintiff
COGNATE 3, LLC

11065-00001 2132958.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

3

3:10-CV-00716-RCJ-VPC

STIPULATION OF DISMISSAL WITH PREJUDICE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - RENO

JAMES W. FORSYTHE,

    Plaintiff,

v.

JOSEPH BROWN, et al.,

    Defendants .

AND RELATED COUNTER-CLAIMS

Case No. 3:10-CV-00716-RCJ-VPC

(Consolidated for all purposes with
Case No. 3:10-cv-00804-RCJ-VPC)

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

PURSUANT To Federal Rule of Civil Procedure 41(a), the Parties' Stipulation of Dismissal With Prejudice Pursuant to Confidential Settlement Agreement, and the Order granting the Motion for Leave to File Dismissal of Action with Court Retaining Jurisdiction (Docket No. 177):

IT IS HEREBY ORDERED that this consolidated action including all complaints, counterclaims and third party complaints be dismissed in their entirety with prejudice.  The Court expressly retains jurisdiction over the matter for a period of five (5) years after entry of the dismissal for the purposes of enforcing the Confidential Settlement Agreement entered into between the parties and filed under seal herein, the terms of which are incorporated herein by reference.

DATED this 24th day of August, 2012.

_____
United States District Judge

11065-00001 2132944.1